# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131879(84)

MARY MULLINS, Personal
Representative of the Estate of
Nina F. Mullins, Deceased,
      Plaintiff-Appellant,

v

ST. JOSEPH MERCY HOSPITAL,
d/b/a ST. JOSEPH MERCY HEALTH
SYSTEM, JASON WHITE, M.D.,
RAFAEL J. GROSSMAN, M.D., and
KIMBERLY STEWART, M.D.,
      Defendants-Appellees
and

JAMES R. BENGSTON, and
WALTER WHITEHOUSE, M.D.,
      Defendants.

SC: 131879
COA: 263210
Washtenaw CC: 03-000812-NH

_____

On order of the Chief Justice, the motion by Michigan Health and Hospital Association for extension of the time for filing their brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2007

_____
Clerk